IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
OCT 30 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 3:24 CR 00400 |
| v. | ) | |
| | ) | Title 21, United States Code, |
| TORRENCE PULLUM, | ) | Sections 841(a)(1), (b)(1)(B), |
| | ) | (b)(1)(C); Title 18, United States |
| Defendant. | ) | Code, Sections 922(g)(1) and |
| | | 924(a)(8) |

**JUDGE KNEPP**
**MAG JUDGE CLAY**

COUNTS 1-4
(Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(C))

The Grand Jury charges:

1. On or about the dates listed below, in the Northern District of Ohio, Western Division, Defendant TORRENCE PULLUM did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, the substance being listed below:

| Count | Date | Substance |
|---|---|---|
| 1 | August 9, 2024 | Fentanyl |
| 2 | August 23, 2024 | Heroin |
| 3 | August 23, 2024 | Methamphetamine |
| 4 | September 16, 2024 | Fentanyl |

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNTS 5-7
(Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C))

The Grand Jury further charges:

2.  On or about October 1, 2024, in the Northern District of Ohio, Western Division, Defendant TORRENCE PULLUM did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. The substances being listed below:

| Count | Date | Substance |
|---|---|---|
| 5 | October 1, 2024 | Fentanyl > 40 grams |
| 6 | October 1, 2024 | Methamphetamine > 50g |
| 7 | October 1, 2024 | Cocaine |

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

## COUNT 8
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3.  On or about October 1, 2024, in the Northern District of Ohio, Western Division, Defendant TORRENCE PULLUM did knowingly possess firearms, to wit: a Taurus G2C 9mm pistol, bearing serial number: TMW64748; and a Beretta 92FS 9mm pistol, bearing serial number: A234799Z, in furtherance of a drug trafficking crime for which he can be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute a Controlled Substance,

as charged in Counts 5 through 7 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 9
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about October 1, 2024, in the Northern District of Ohio, Western Division, Defendant TORRENCE PULLUM, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Conspiracy to Possess with Intent to Distribute Cocaine, Cocaine Base, and Marijuana, on or about December 21, 2001, in United States District Court for the Northern District of Ohio, Case Number 3:00CR00756; and Possession of Cocaine, on or about March 31, 2005, in Lucas County Court of Common Pleas, Case Number CR0200501076, knowingly possessed in and affecting interstate commerce two firearms, to wit: a Taurus G2C 9mm pistol, bearing serial number: TMW64748; and a Beretta 92FS 9mm pistol, bearing serial number: A234799Z, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

5. The allegation of Count 9 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant TORRENCE PULLUM shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 9.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.